JAMES ROCKEFELLER, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOHN J. CAINE, Respondent, v. RUBEN COHEN and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RAFFERTY CONTRACTING COMPANY, INC., Respondent, v. WEEHAWKEN DRY DOCK COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RAFFERTY CONTRACTING COMPANY, INC., Respondent, v. WEEHAWKEN DRY DOCK COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissented.

ROBERT L. DAVIS, INC., Respondent, v. SOUTHWESTERN SURETY INSUR-ANCE COMPANY and Another, Appellants.— Order modified, as stated in order, and as modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

HENRY POLLAK and Another, Respondents, v. D. M. BALSAM COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion.